# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| JERAD GRIMES, <br> and GEORGIA EMILY EDMONDSON <br> on behalf of themselves and all others <br> similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> ELI LILLY AND COMPANY, a <br> Domestic For-Profit Corporation <br> And LILLY USA, LLC, a Domestic <br> Limited Liability Company, <br><br> Defendants. | Case No. 1:21-cv-2367-RLY-DLP |

## [PROPOSED] ORDER

This matter comes before the Court on the Parties' Second Joint Motion for Extension of Time, Dkt. 52. The Court, being duly advised, **GRANTS** said Motion. Defendants shall file their opposition to Plaintiffs' Motion to Conditionally Certify Collective Action and Facilitate Notice to Potential Class Members on or before October 14, 2022. The deadline for Plaintiffs to file a reply in support of said motion is extended to and including November 3, 2022. The deadline for conditional and class certification discovery is extended to and including December 16, 2022.

So ORDERED.

Dated: August ___, 2022

_____
Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email

163103737_1

1