UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NATHAN TAYLOR, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BEST WELD, INC., )<br>SHARON D MONTGOMERY, )<br>)<br>Defendants. ) | No. 1:21-cv-01858-JRS-DLP |

**MINUTE ENTRY FOR SEPTEMBER 21, 2022
STATUS CONFERENCE
HON. DORIS L. PRYOR, MAGISTRATE JUDGE**

Parties appeared by telephone for a Status Conference. The parties reported that a settlement had been reached in this action. Therefore, all pending, motions, if any, are now **DENIED AS MOOT** and all previously ordered dates relating to discovery, filings, schedules, conferences, and trial, if any, are **VACATED**.

**Within forty-five (45) days of the date of this entry,** the parties shall file motions for final certification of the conditionally certified collection action and approval of the settlement agreement and submit proposed orders for the Court's signature. Additional time to file either motion may be granted for good cause shown, if requested in writing before expiration of this period.

This matter is scheduled for a telephonic status conference on **October 24, 2022** at **9:30 a.m. (Eastern)** to discuss case status. Counsel shall attend the status

conference by calling the designated telephone number, to be provided by the Court via email generated by the Court's ECF system.

    So ORDERED.

Date: 9/21/2022

_Doris L. Pryor_
Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email