UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JERAD GRIMES, ) | |
| GEORGIA EMILY EDMONDSON, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 1:21-cv-02367-RLY-DLP |
| ) | |
| ELI LILLY AND COMPANY, ) | |
| LILLY USA, LLC, ) | |
| ) | |
| Defendants. ) | |

**AMENDED SCHEDULING ORDER (TIME ONLY)**
**HON. DORIS L. PRYOR, MAGISTRATE JUDGE**

This matter is currently set for a telephonic Status Conference on **October 24, 2022** at **9:30 a.m.** The Court now changes the time to **2:00 p.m. (Eastern)** on that same date. Counsel shall attend the conference by calling the designated telephone number, to be provided by the Court via email generated by the Court's ECF system.

So ORDERED.

Date: 10/18/2022

*Doris L. Pryor*
Doris L. Pryor
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email