UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JERAD GRIMES, <br> GEORGIA EMILY EDMONDSON, <br><br> Plaintiffs, <br><br> v. <br><br> ELI LILLY AND COMPANY, <br> LILLY USA, LLC, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) No. 1:21-cv-02367-RLY-MKK <br> ) <br> ) <br> ) <br> ) <br> ) |

**ENTRY AND ORDER FROM VIRTUAL SETTLEMENT CONFERENCE**

The parties appeared in person and by counsel for a settlement conference on August 14, 2023.

A settlement was not achieved. Negotiations are ongoing.

Date: 8/15/2023

_____
M. Kendra Klump
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system.