UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

**JERAD GRIMES and GEORGIA EMILY EDMONDSON, on behalf of themselves and all others similarly situated,**

    Plaintiffs,

      vs.                          CASE NO.: 1:21-CV-02367-RLY-DLP

**ELI LILLY AND COMPANY, a Domestic For-Profit Corporation and LILLY USA, LLC, a Domestic Limited Liability Company,**

    Defendants.

_____/

## JOINT STIPULATION FOR DIMISSAL WITH PREJUDICE

Plaintiffs, JERAD GRIMES and GEORGIA EMILY EDMONDSON, on behalf of themselves and on behalf of those similarly situated ("Plaintiffs") and Defendants, ELI LILLY AND COMPANY and LILLY USA, LLC ("Defendants") (collectively referred to as "Parties"), by and through their undersigned counsel and pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) jointly stipulate to the dismissal of this case with prejudice, each party to bear its own costs.

Dated: October 6, 2023. Respectfully submitted,

| | |
|---|---|
| **/s/ Gregory R. Schmitz** | **/s/ Michael R. Phillips** |
| Gregory R. Schmitz, Esq. | Michael R. Phillips, Esq. |
| *Admitted Pro Hac Vice* | McGuireWoods LLP |
| Florida Bar No.: 0094694 | 77 W. Wacker Drive, Suite 4100 |
| Kimberly De Arcangelis, Esq. | Chicago, IL 60601 |
| Florida Bar No.: 0025871 | (312) 849-8100 (telephone) |
| *Local Counsel for Plaintiffs* | (312) 849-3690 (facsimile) |
| Morgan & Morgan, P.A. | mphillips@mcguirewoods.com |
| 20 North Orange Avenue, 15th Floor | **Counsel for Defendants** |
| Orlando, Florida 32801 | |
| Telephone: (407) 204-2170 | |

Facsimile: (407) 563-9986
E-mail: gschmitz@forthepeople.com
kimd@forthepeople.com
**Counsel for Plaintiffs**

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing has been furnished to the Clerk of the Court using the CM/ECF System which I understand will send electronic notice to all counsel of record, this 6th day of October, 2023.

/s/ Gregory R. Schmitz
Gregory R. Schmitz, Esquire